■ FRENCH HOSPITAL, Plaintiff, v. CHARLES STUART, Defendant and Third-Party Plaintiff-Respondent. ASSOCIATED HOSPITAL SERVICE OF NEW YORK, Third-Party Defendant-Appellant.— Determination of the Appellate Term [58 Misc 2d 314] entered November 30, 1967, in New York County unanimously reversed on the law and the complaint dismissed on the law, with costs in all courts on the dissenting opinion of the Appellate Term. Concur — Steuer, J. P., Tilzer, McGivern, Rabin and McNally, JJ.

■ PASQUALE PENNUCCI, JR., Respondent, v. ROY KOLLENBORN, Appellant.— Determination of the Appellate Term unanimously reversed on the law and the facts and the complaint dismissed, with costs in all courts, on the dissenting opinion of the Appellate Term. Concur — Steuer, J. P., Tilzer, McGivern, Rabin and McNally, JJ.

■ GERTRUDE WACHSMAN et al., Respondents, v. MARGARET HETHERING, Appellant.— Judgment after nonjury trial in favor of plaintiffs, unanimously modified, on the law, by striking therefrom the item of property damage in the amount of $875, and as so modified, affirmed, without costs or disbursements. The estimate for repairs was not admissible without supporting proof of the value of the car prior to the occurrence. (*Gass* v. *Agate Ice Cream*, 264 N .Y. 141.) Concur — Botein, P. J., Tilzer, McGivern and McNally, JJ.